UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**NILTON IDARRAGA,**

    Plaintiff,

v.                                                                    CASE NO.   3:14-cv-1335-J-25JRK

**LVNV FUNDING, LLC**,

    Defendant.

## O R D E R

**THIS CAUSE** is before the Court on the Joint Motion for Stay of Discovery Pending Consolidation and Transfer by the Judicial Panel on Multidistrict Litigation (Dkt. 37), and the Joint Response to Show Cause (Dkt. 38).  Upon consideration it is

    **ORDERED** as follows:

    1.  The Motion for Stay of Discovery Pending Consolidation and Transfer by the Judicial Panel on Multidistrict Litigation (Dkt. 37) is **GRANTED**.

    2.  All discovery and case management requirements under Local Rule 3.05 are stayed until further Order of Court.

    3.  The Order to Show Cause (Dkt. 36) is **DISCHARGED**.

    **DONE AND ORDERED** at Jacksonville, Florida this 24th day of February, 2015.

HENRY LEE ADAMS, JR.
United States District Judge

Copies to:  Counsel of Record