UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**NILTON IDARRAGA**,

    Plaintiff,

v.                                                CASE NO. 3:14-cv-1335-J-25JRK

**LVNV FUNDING, LLC**,

    Defendant.
_____/

## O R D E R

**THIS CAUSE** is before the Court *sua sponte*.  It is,

**ORDERED** that the Parties are directed to file a Status Report advising the Court of the status of this matter no later than **May 15, 2015**.

**DONE AND ORDERED** at Jacksonville, Florida, this 6th day of May, 2015.

                                                 HENRY LEE ADAMS, JR.
                                                 United States District Judge

Copies to:  Counsel of Record